UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:11-cr-0031-RLY-CMM |
| | ) | |
| BRANDON PATE, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 1, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 25, 2017. Defendant Pate appeared in person with his appointed counsel Michael Donahoe. The government appeared by Matt Lasher, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jason Nutter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Pate of his rights and provided him with a copy of the petition. Defendant Pate orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Pate admitted violations 1, 2, 3, and 4. [Docket No. 50.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| | |
| 1 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, or administer any controlled substance or any paraphernalia related to any controlled substances, except at prescrive by a physician."** |
| | The offender reported for a drug screen on 5/23/17, which tested positive for cannabinoids and cocaine. He also reported on the following dates and tested positive for amphetamines: 6/22/17; 6/26/17; 7/4/17; 7/10/17; and 7/17/17. |
| 2 | **"The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons."** |
| | The offender has not reported employment since he began supervised release. |
| 3 | **"The defendant shall participate in a substance abuse treatment program at the discretion of the probation officer, which may include no more than eight drug tests per month. The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program. The defendant is responsible for paying a portion of the fees of substance abuse testing."** |
| | The offender failed to report to treatment on the following dates: 6/19/17 and 7/14/17. |
| | The offender failed to report for drug testing on the following dates: 5/19/17, 5/25/17, and 6/9/17. |
| 4 | **"The defendant shall participate in a program of mental health treatment, specifically cognitive behavioral therapy, as directed by the probation officer."** |
| | The offender failed to report for treatment at Stepping Stone on 7/12/17. It was also reported the offender's participation was poor in previous sessions. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

(b) Defendant's criminal history category is VI.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. Parties jointly recommended a sentence of twelve (12) months and one (1) day with no supervised release to follow. Defendant requested placement at FCI Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court will make a recommendation of placement at FCI Terre Haute with intensive drug treatment.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 08/02/2017

_____
CRAIG M. MCKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal

3